| | | | | |
|---|---|---|---|---|
| | AUSA: | Jeremiah Smith | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Kenton Weston | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Andrew Jennings

Case No.

Case: 2:26−mj−30431
Assigned To : Unassigned
Assign. Date : 7/16/2026
Description: RE: ANDREW
JENNINGS (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 14, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(n) | Receipt of a firearm while under indictment |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenton Weston, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 16, 2026

_____
*Judge's signature*

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Kenton Weston, being first duly sworn, hereby state:

**INTRODUCTION**

1.      I have been employed as a Special Agent with the ATF and assigned to the Detroit Field Division since 2018. I have a bachelor's degree in accountancy from Western Michigan University. I have graduated from the Federal Law Enforcement Training Center Criminal Investigator Training Program, the ATF Special Agent Basic Training Program, and the ATF Privately Made Firearm (PMF) and Machinegun Conversion Device (MCD) Train the Trainer Course. Additionally, I have provided sworn expert testimony in Federal Court regarding the identification of PMFs and the mechanics of MCDs.

2.      I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my

employment with the ATF, I have been involved as a case agent or co-case agent in over a hundred investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, dozens of MCDs, and over two hundred and twenty-five arrests.

3.    I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4.    The ATF is currently conducting a criminal investigation concerning Andrew JENNINGS, (DOB: XX/XX/2006), for violations of 18 U.S.C. § 922(n) (receipt of a firearm while under indictment).

## **PROBABLE CAUSE**

5.    In November 2023, the GVTF began investigating gun violence associated with a local street gang calling itself "JTK." The Detroit Police Department (DPD) Gang Intelligence Unit has validated the existence of the JTK

gang through interviews with members, informants, review of social media posts, and other evidence. Per DPD, JENNINGS is a member of JTK.

JENNING'S ARREST

6.     On June 28, 2026, a JTK member (DB) was murdered in a gang-related shooting incident. On July 14, 2026, DPD conducted proactive patrol and undercover surveillance in the area of the Detroit Memorial Funeral Home at and near the time of DB's funeral. During the surveillance, DPD observed JENNINGS enter the front passenger seat of a gray Honda CR-V that departed from the funeral home. Shortly after, a marked DPD patrol car attempted a traffic stop of the CR-V for multiple traffic violations, but the CR-V fled from police. Michigan State Police (MSP) aerial surveillance unit then began to follow the CR-V and provide details of the CR-V's location. Subsequently, JENNINGS was observed exiting the vehicle and running on foot. Police located and arrested JENNINGS inside a nearby business. Within minutes of the pursuit, law enforcement located a Taurus model G2C 9mm pistol in the CR-V's path of flight.

7.     A witness of the pursuit called 911 and was later interviewed by DPD. The witness stated they had observed the passenger of the fleeing car (CR-V) throw a gun out the window, near where the Taurus pistol was later recovered. JENNINGS was transported to the Detroit Detention Center (DDC).

8.      On July 15, 2026, ATF TFO Dan Hedrick and I conducted a post-Miranda interview with JENNINGS at the DDC. During the interview, JENNINGS stated that earlier in the day the driver of the CR-V had told JENNINGS that they needed a firearm for protection. JENNINGS said he requested the driver bring two firearms, stating: "shit grab me one." However, according to JENNINGS, only one firearm was obtained from the driver's residence. JENNINGS admitted to being in the CR-V at the time it fled from police. JENNINGS also admitted, multiple times, that he had controlled the recovered firearm for approximately 20-30 minutes but had never seen the firearm prior to that day.

PROHIBITED STATUS

9.      I reviewed a computerized criminal history and Michigan Circuit Court records for JENNINGS.  I learned that on or about October 3, 2025, in Michigan's 3rd Circuit Court, JENNINGS pleaded guilty to felony weapons- carrying concealed and was later sentenced to the Holmes Youth Trainee Act (HYTA) probation. And on or about June 10, 2026, in Michigan's 16th Circuit Court, JENNINGS pleaded guilty to felony weapons- carrying concealed and was sentenced to HYTA.  I know, based on my training and experience, that this offense is a felony and is punishable by at least one year in prison.  I also know that being sentenced to HYTA qualifies as being "under indictment" for the purposes of 18 U.S.C. § 922(n).

10.     Additionally, during JENNING'S sentencing in Michigan's 16th Circuit Court, JENNINGS was notified by the judge on the record that "[a] defendant's designation under HYTA is an assignment to probation without an adjudication of guilt or judgment having been entered. While serving the term of probation, the defendant is still 'under indictment or information' for a felony offense as defined in 18 U.S.C. § 921(a)(14). If the defendant were to receive a firearm while still under indictment—in this case, while on HYTA probation—he could be prosecuted federally for receiving a firearm while under indictment in violation of 18 U.S.C. § 922(n)."

NEXUS

11.     On July 16, 2026, I provided ATF Interstate Nexus expert Kara Klupacs a verbal description of the recovered firearm. Based on Special Agent Klupacs' training and experience, the Taurus G2C pistol was manufactured outside the state of Michigan and thus traveled in and affected interstate or foreign commerce.

# CONCLUSION

12.     There is probable cause to believe that Andrew JENNINGS knowingly committed violations of 18 U.S.C. § 922(n) (receipt of a firearm while under indictment) within the Eastern District of Michigan on July 14, 2026.

Respectfully submitted,

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

_ Hon. David R. Grand
United States Magistrate Judge

Dated:   July 16, 2026